**United States Bankruptcy Court**
**District of Colorado**

IN RE:  Case No. **10-42158**

**The CA Group, Inc.**  Chapter **11**

Debtor(s)

TO:

**Pitkin County Public Trustee**
**506 E Main Street, Ste. 201**
**Aspen, CO  81611**

## NOTICE OF AUTOMATIC STAY

**YOU ARE HEREBY NOTIFIED** that an order for relief has been made for the Debtor(s) named above based upon a voluntary petition filed in this court on **12/28/2010**, in accordance with Title 11 U.S.C. § 301. Pursuant to Title 11 U.S.C. § 362 (a), all creditors of said debtor(s) are hereby stayed from the following:

(1) the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title;
(2) the enforcement, against the debtor or against property of the estate, of a judgement obtained before the commencement of this case under this title;
(3) any act to obtain possession of property of the estate or of property from the estate or to exercise control over property of the estate;
(4) any act to create, perfect, or enforce any lien against property of the estate;
(5) any act to create, perfect, or enforce against property of the debtor any lien to the extent that such lien secures a claim that arose before the commencement of this case under this title;
(6) any act to collect, assess, or recover a claim against the debtor that arose before the commencement of the case under this title;
(7) the setoff of any debt owing to the debtor that arose before the commencement of the case under this title against any claim against the debtor; and
(8) the commencement or continuation of a proceeding before the United States Tax Court concerning the debtor.

Relief from the automatic stay may be sought by filing a motion in this court pursuant to 11 U.S.C. § 362(d).

### CERTIFICATE OF MAILING / FACSIMILE TRANSMISSION

I hereby certify that on the **28th** day of **December**, **2010** I sent a true and correct copy of the above Notice of Automatic Stay via ~~Facsimile~~ / United States Mail postage prepaid to the above stated person.

*/s/ Arthur Lindquist-Kleissler*

**Arthur Lindquist-Kleissler 9822**
**Lindquist-Kleissler & Company**
**950 South Cherry Street, Suite 710**
**Denver, CO  80246-2665**
**(303) 691-9774  Fax: (303) 756-8082**
**arthuralklaw@gmail.com**